JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 9381**

------------------------------------------------------------x

PERSEVERANZA DI NAVIGAZIONE SPA,

                        Plaintiff,                    07 CV

-v-

                                              **STATEMENT PURSUANT**
                                              **TO F.R.C.P 7.1**

THE MINISTRY OF TRADE OF THE REPUBLIC
OF IRAQ and THE GRAIN BOARD OF IRAQ,

                        Defendants.

------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, PERSEVERANZA DI NAVIGAZIONE SPA, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
         October 19, 2007

                                              CHALOS, O'CONNOR & DUFFY, L.L.P.
                                              Attorneys for Plaintiff
                                              PERSEVERANZA DI NAVIGAZIONE SPA

By: _____
        George M. Chalos (GC-8693)
        366 Main Street
        Port Washington, New York 11050
        Tel: (516) 767-3600
        Fax: (516) 767-3605
        Email: gmc@codus-law.com