UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PERSEVERANZA DI NAVIGAZIONE SPA,

                    Plaintiff,                     07 CV 9381 (PKL)

       -v-                               **AFFIDAVIT OF SERVICE**

THE MINISTRY OF TRADE OF THE REPUBLIC
OF IRAQ and THE GRAIN BOARD OF IRAQ,

                    Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK    )
                          ) ss.
COUNTY OF NASSAU    )

      This affidavit of service is executed by **George M. Chalos, Esq.**, counsel for the

Plaintiff, PERSEVERANZA DI NAVIGAZIONE SPA, in the above-entitled action.

      **George M. Chalos, Esq.**, being first duly sworn, deposes and states:

      1.     I am a Member of the firm of CHALOS, O'CONNOR & DUFFY, L.L.P.,

attorneys for Plaintiff, PERSEVERANZA DI NAVIGAZIONE SPA, in the above referenced

matter.

      2.     On November 9, 2007, we placed a copy of the "Verified Complaint" and

"Summons in a Civil Case" in this matter in a DHL courier package and sent them to the

defendants located in Baghdad, Iraq.

      3.     On November 13, 2007, DHL provided confirmation that the DHL package was,

indeed, delivered to the defendants in Baghdad, Iraq.  See DHL Tracking Results, attached

hereto as Exhibit "A."

      4.     As of December 19, 2007, defendants have not answered, moved or otherwise

appeared in this action.

5.      Despite duly receiving notice of this action, defendants are in default.

Dated: Port Washington, New York
       December 20, 2007

                                                    CHALOS, O'CONNOR & DUFFY, L.L.P.
                                                    Attorneys for Plaintiff
                                                    PERSEVERANZA DI NAVIGAZIONE SPA

                              By:

                                                    George M. Chalos (GC-8693)
                                                    366 Main Street
                                                    Port Washington, New York 11050
                                                    Tel: (516) 767-3600
                                                    Fax: (516) 767-3605
                                                    Email: gmc@codus-law.com

Subscribed and sworn to before me this
December 20, 2007

Notary Public, State of New York

            TIMOTHY SEMENORO
    NOTARY PUBLIC, STATE OF NEW YORK
              NO. 02SE6112804
         QUALIFIED IN NASSAU COUNTY
    COMMISSION EXPIRES JULY 12, 2008

2

# EXHIBIT "A"



# Track results detail

▶ Print this page

## Tracking results detail for 8832647821

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 11/13/2007  12:58 pm |
| Delivered to | | |
| Signed for by | | **SANAA** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 11/13/2007 | 12:58 pm | Shipment delivered. | Baghdad, Iraq |
| | 12:54 pm | With delivery courier. | Baghdad, Iraq |
| | 7:42 am | With delivery courier. | Baghdad, Iraq |
| 11/12/2007 | 10:25 am | Arrived at DHL facility. | Baghdad, Iraq |
| | 9:50 am | Transit through DHL facility | Baghdad, Iraq |
| | 5:09 am | Depart Facility | Bahrain, Bahrain |
| | 2:04 am | Processed at DHL Location. | Bahrain, Bahrain |
| 11/11/2007 | 11:43 pm | Processed at DHL Location. | Bahrain, Bahrain |
| | 11:43 pm | Transit through DHL facility | Bahrain, Bahrain |
| 11/10/2007 | 3:47 pm | Depart Facility | New York City Gateway, NY |
| | 7:45 am | Transit through DHL facility | New York City Gateway, NY |
| | 7:13 am | Depart Facility | Wilmington - Clinton Field, OH |
| | 3:02 am | In transit. | Wilmington - Clinton Field, OH |
| | 1:53 am | Transit through DHL facility | Wilmington - Clinton Field, OH |
| 11/9/2007 | 11:41 pm | Depart Facility | New York City Gateway, NY |
| | 9:35 pm | Depart Facility | Melville, NY |
| | 8:51 pm | Processed at DHL Location. | Melville, NY |
| | 3:23 pm | Shipment picked up | Melville, NY |

**Ship From:**
CHALOS, O'CONNOR & DUFFY, LLP
Port Washington, NY  11050
United States

**Ship To:**
Baghdad, Iraq

**Shipment Information:**
Ship date: 11/9/2007
Pieces: 1
Total weight:  *

Ship Type:
Shipment Reference: 500109.0016
Service: Express
Special Service:
Description: LETTER

**Attention:**
CHALOS, O'CONNOR & DUFFY, LLP

**Attention:**

Tracking detail provided by DHL: 11/26/2007, 8:30:11 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**' Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.