# CHALOS, O'CONNOR & DUFFY

## ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos**^
Owen F. Duffy
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray

\* Admitted in NY & NJ
\*\* Admitted in USDC-SD Tx & ED Tx
^ Admitted in USDC-CT

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

George M. Chalos
Partner
gmc@codus-law.com

April 1, 2008

*Via ECF and Hand Delivery*

Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007-1312

Re:   Perseveranza Di Navigazione SPA v. The Ministry of Trade of the Republic of Iraq and
      The Grain Board of Iraq
      07 CV 9381 (PKL)
      CO&D Ref: 500109.0016

Dear Judge Leisure:

      We are the attorneys for the Plaintiff, Perseveranza Di Navigazione SPA, in the above referenced matter, and write on behalf of both Plaintiff and Defendants, to respectfully request a thirty-day (30) adjournment of the upcoming Pre-Trial Conference. The Conference is presently scheduled to proceed on Wednesday April 2, 2008 at 9:30 a.m. As the Court may recall, this is a Rule B maritime attachment matter, and plaintiffs have been successful in attaching funds belonging to the Defendants, in accordance with the Order of Maritime Attachment and Garnishment issued by Your Honor on October 22, 2007. On January 25, 2008, Defendants filed a Restricted Appearance and Answer to the Verified Complaint.

      We are now beginning meaningful discussions with counsel for Defendants with a view towards amicably concluding this matter. As the Court will appreciate, this matter is complex, legally, factually and politically, and as such, the parties kindly request this Honorable Court to order a thirty-day (30) adjournment of the Pre-Trial Conference, so that we may continue with discussions. This is the first request for an adjournment in this matter.

CHALOS, O'CONNOR & DUFFY LLP

In advance, thanking the Court for its time and consideration, we remain,

Respectfully yours,

CHALOS, O'CONNOR & DUFFY

George M. Chalos

GMC/gkk